JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| LATIANA DARDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED HEALTH GROUP, an unknown entity; UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; KATHLEEN WALSH, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 8:18-cv-01878-AG-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO BINDING ARBITRATION AND TO DISMISS CASE**<br><br>Complaint Filed: September 14, 2018<br><br>District Judge:   Andrew J. Guilford<br>Courtroom:     10D<br><br>Magistrate<br>Judge:         John D. Early<br>Courtroom:     JDE<br><br>Trial Date:    Not Set |

**GOOD CAUSE HAVING BEEN SHOWN** and all parties having stipulated thereto, it is hereby ordered as follows:

The Court hereby approves the Joint Stipulation to Binding Arbitration and to Dismiss Case.

**IT IS SO ORDERED:**

Dated: October 23, 2018_

                        _____
                        HONORABLE ANDREW J. GUILFORD

ORDER GRANTING JOINT STIPULATION TO BINDING ARBITRATION AND TO DISMISS CASE